Decided February 4, 1997

------

## WALTER KIRK ET AL. *v.* LEOPOLD KEMMLING, EXECUTOR (ESTATE OF EUGENIE KEMMLING)

The plaintiffs' petition for certification for appeal from the Appellate Court, 44 Conn. App. 904 (AC 16025), is denied.

*Walter Kirk*, pro se, and *Josephine Kirk*, pro se, in support of the petition.

*Thomas W. Conlin*, in opposition.

Decided February 4, 1997